UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOHAMMAD REZA ASSADI, | § § § | |
| Appellant, | § § | 1:23-CV-62-RP |
| v. | § § | |
| RANDOLPH N. OSHEROW, | § § § | |
| Appellee. | § | |

## FINAL JUDGMENT

On February 29, 2024, the Court issued an order affirming the orders of the United States Bankruptcy Court for the Western District. (Dkt. 12). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

For the reasons given in the Court's order, (Dkt. 12), **IT IS ORDERED** that the Bankruptcy Court's orders are **AFFIRMED**.

**IT IS FURTHER ORDERED** that the appeal before this Court is **CLOSED**.

**IT IS FINALLY ORDERED** that each party bear its own costs.

**SIGNED** on March 4, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE