

United States Court of Appeals
for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jul 21, 2025**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

**FILED**
July 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez  DEPUTY
United States Court of Appeals
Fifth Circuit

**FILED**
June 4, 2025
Lyle W. Cayce
Clerk

———————

No. 24-50268

———————

IN THE MATTER OF MOHAMMAD REZA ASSADI

*Debtor*,

MOHAMMAD REZA ASSADI,

*Appellant*,

*versus*

RANDOLPH N. OSHEROW, *Chapter 7 Trustee*,

*Appellee*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-62

———————————————————

Before STEWART, DENNIS, and HAYNES, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that both orders are AFFIRMED.

No. 24-50268

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.